UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

___

CHRISTOPHER M. STARR,

        Plaintiff,                      Case No. 1:22-cv-106

v.                                         Honorable Ray Kent

E. COE HILL et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:   March 24, 2022                       /s/ Ray Kent
                                                   Ray Kent
                                                   United States Magistrate Judge